

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trevor Stuart | Civil Action No.  17cv1948-BAS(JMA) |
| **Plaintiff,** V. | |
| Tekcollect | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that because Plaintiff has failed to comply with Court's Order by showing cause why the case should not be dismissed, Court DISMISSES the case without prejudice. Plaintiff remains free to file a new case given that dismissal is without prejudice. The case is closed.

Date:      4/2/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/  J. Haslam

J. Haslam, Deputy